UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THOMAS EMMANUEL CAPERS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV418-077 |
| | ) |
| C/O DEAL, *Ware State Prison*, | ) |
| | ) |
| Respondent. | ) |

## ORDER

After a careful, de novo review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court and petitioner's 28 U.S.C. § 2254 petition is **DISMISSED**. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* status on appeal.

ORDER ENTERED at Augusta, Georgia, this 23rd day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA