# United States District Court
## *Southern District of Georgia*

THOMAS EMMANUEL CAPERS,

        Petitioner,

              **V.**

C/O DEAL, Ware State Prison,

        Respondent.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 418-077

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

pursuant to the Order dated May 23, 2018 adopting the Report and Recommendation as the opinion of the Court, that Petitioner's § 2254 petition is dismissed. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. This case stands closed.

5/23/2018
_____
*Date*

Scott L. Poff
_____
*Clerk*

/s/ Jamie Hodge
_____
*(By) Deputy Clerk*